# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JONATHAN SMITH, | : | Civil No. 1:24-CV-01608 |
| Petitioner, | : | |
| v. | : | |
| THE PENNSYLVANIA BOARD OF PAROLE, *et al.*, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 16th day of January, 2025, for the reasons set forth in the court's November 29, 2024 order, Doc. 4, the accompanying memorandum, and in accordance with Fed. R. Civ. P. 58(a), **IT IS ORDERED THAT:**

1. Petitioner's 28 U.S.C. § 2254 petition, Doc. 1, is **DISMISSED** without prejudice.

2. The court **DECLINES** to issue a certificate of appealability.

3. This case remains **CLOSED**.[1]

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

---

[1] For appeal purposes, judgment is entered in this action as of the date of this order. *See* Fed. R. Civ. P. 58(c)